IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01946-ZLW

DEBRA ROMERO,

    Plaintiff,

v.

GOVERNOR BILL OWENS,
MAYOR JOHN HICKENLOOPER,
FRED J. OLIVAS – DENVER CITY AND COUNTY JAIL,
BETH LINDROOS, H.S.A.,
DR. HIRSH,
DR. PETE CRUM, AND COMPLETE MEDICAL STAFF JOHN DOE &
    JANE DOE 1-100,
DR. HIGGINS,
NURSE MISTY,
NURSE DORIS,
NURSE JACK,
NURSE JOE,
NURSE YVONNE,
NURSE HENRY,
NURSE KATHLEEN,
NURSE SUZANE,
SHERRIF [sic] BRO,
SGT. BROWN,
SGT. BUTLER,
SGT. CLARK MARTIN,
SHERRIFF [sic] STRONG,
SGT. BROWN,
SHERRIFF [sic] LOPEZ LAW LIBRARY,
DR. HIGGINS,
DEPUTY COLBURN,
CHIEF FOOS,
MAJOR WILSON,
CAPTAIN SCOTT,
DEPUTY MCKALE,
SHERRIFF [sic] VOGAL
NURSE MITCHLE, and
DEPUTY GARCIA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

The matter before the Court is the Letter that Plaintiff filed on January 31, 2006. The Court dismissed the instant action on December 21, 2005, as Plaintiff failed to comply with Magistrate Judge O. Edward Schlatter's October 6, 2005, Order within the specified time. Therefore, Plaintiff's Letter and request to reopen are inappropriate and will not be considered by the Court in the instant action. As for Plaintiff's request to initiate a new action, the Clerk of the Court is directed to process a copy of the January 31 Letter as a new action.

Dated: February 1, 2006

Copies of this Minute Order mailed on February 1, 2006, to the following:

Debra Romero
Prisoner No. 1438670
Denver County Jail
PO Box 1108 – 4A4
Denver, CO 80201

_____
Secretary/Deputy Clerk